UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV18-00293 JAK (MRWx) | Date | April 30, 2018 |
| Title | Lori Hoeft v. Time Warner Cable, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Atoy H. Wilson<br>Kevin Mahoney | James A. Bowles |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT (DKT. 9)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand Case to Los Angeles Superior Court (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The scheduling conference is not held. The Court will set dates on the final ruling on the Motion, if necessary. The Court confers with counsel regarding the status of settlement. Defendant has requested a settlement demand but has not yet received one. Counsel agree that private mediation would be beneficial. Counsel shall confer and file a joint report by May 7, 2018, regarding the agreed upon private neutral and the anticipated date of its completion.

**IT IS SO ORDERED.**

| | : | 28 |
|---|---|---|
| Initials of Preparer | ak | |